In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-06-338 CV


____________________



TILE AND STONE WHOLESALE DISTRIBUTION, LLC,


AND OMAR DAEWOOD d/b/a TILE AND STONE


WHOLESALE DISTRIBUTION, INC., Appellants



V.



CERAMICA FANAL, S.A., Appellee






On Appeal from the County Court at Law No. 1


Jefferson County, Texas


Trial Cause No. 102883






 MEMORANDUM OPINION 


 The appellee, Ceramica Fanal, S.A., notified the Court that the appellant's voluntary
payment of the judgment rendered the appeal moot. The appellants, Tile and Stone
Wholesale Distribution, LLC, and Omar Daewood d/b/a Tile & Stone Wholesale
Distribution, Inc., agreed that the appeal is moot because the judgment has been paid. We
tax costs to the party by whom incurred, vacate the trial court's judgment, and dismiss the
case as moot. See Marshall v. Housing Authority of City of San Antonio, 198 S.W.3d 782,
785 (Tex. 2006). 

 APPEAL DISMISSED.


 ____________________________

 DAVID GAULTNEY

 Justice


Opinion Delivered November 9, 2006 

Before Gaultney, Kreger, and Horton, JJ.